# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. ANGELICA VIVIANA SANCHEZ**         Case No.     4:20-CR-6002-SAB-2

## Arraignment/Initial Appearance on Indictment:         02/20/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Michael Murphy, US Atty |
| ☐ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Douglas McKinley, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [Tele] | ☒ | Interpreter – Frank Barcelo |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Douglas McKinley, Jr. a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Angelica Viviana Sanchez.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**02/24/2020 @ 1:00 p.m.**
**[R/MKD] (Video Conf)**