AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 24, 2020**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>ANGELICA VIVIANA SANCHEZ<br><br>*Defendant* | )<br>)<br>) Case No. 4:20-CR-6002-SAB-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANGELICA VIVIANA SANCHEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1), (b)(1)(A)(viii), 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OF ACTUAL (PURE) METHAMPHETAMINE
21 U.S.C. 841(a)(1), (b)(1)(A)(viii) POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OF ACTUAL (PURE) METHAMPHETAMINE
21 U.S.C. 841(a)(1), (b)(1)(C) 18 U.S.C. 2 POSSESSION WITH THE INTENT TO DISTRIBUTE FENTANYL

Date: **Jan 07, 2020, 2:35 pm**

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* __1/07/2020__ , and the person was arrested on *(date)* __2/20/2020__
at *(city and state)* __Pasco, WA__.

Date: __2/20/2020__

*Arresting officer's signature*

TFO John D'Aguila
*Printed name and title*