# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
## Richland

**USA v. ANGELICA VIVIANA SANCHEZ**    Case No.    **4:20-CR-6002-SAB-2**

Richland Video Conference (MKD @ Yakima; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

## Detention Hearing:                                          02/24/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Benjamin Seal, US Atty [Y] |
| ☒ | Tonia Ramirez, Courtroom Deputy [Y] | ☒ | Douglas McKinley, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services [Y] | ☒ | Interpreter – Frank Barcelo |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

USA proffered the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Colloquy between Court and USA re timeline of the different dates of arrests.

Defense counsel argued why the Defendant should be released. Defendant is willing to have GPS monitoring and a small modest bail.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.