Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for Angelica Viviana Sanchez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 4:20-cr-06002-SAB-2 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| ANGELICA VIVIANA SANCHEZ, | |
| Defendant | |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Angelica Viviana Sanchez.

Dated this 26th day of February 2020.

S/Douglas E. McKinley
Douglas E. McKinley, WSBA #20806
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Email: doug@mckinleylaw.com

NOTICE OF APPEARANCE - 1

SERVICE CERTIFICATE

I certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney: Stephanie Van Marter.

S/Douglas E. McKinley
Douglas E. McKinley, WSBA #20806
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Email: doug@mckinleylaw.com

NOTICE OF APPEARANCE - 2