Douglas E. McKinley, Jr.
Law Office of Douglas E. McKinley, Jr.
8350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON, RICHLAND

| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>  v.<br><br>**JOSE MARIA LOPEZ ORDUNO** and **ANGELICA VIVIANA SANCHEZ**<br><br>                Defendants, | Case No.: 4:20-CR-6002-SAB<br><br>**RESPONSE TO NOTICE OF JOINDER** |
|---|---|

    Defendant Angelica Viviana Sanchez, by and through her attorney Douglas E. McKinley, Jr., respectfully submits the following response to the government's Notice of Joinder (ECF 52) regarding the above

-1 RESPONSE TO NOTICE OF JOINDER

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
 (509) 392-8083 fax
doug@mckinleylaw.com

referenced cause.

On or about February 4, 2020, this Court entered and Order setting the date for trial in the government's case against Jose Maria Lopez Orduno to commence July 6, 2020. On or about February 20, 2020, Defendant Angelica Viviana Sanchez was arraigned on her initial appearance (ECF 44). On or about March 2, 2020, this Court entered and Order setting the date for trial in this matter on April 27, 2020 (ECF 51). On or about March 13, 2020, the United States filed a Notice of Joinder (ECF 52) requesting that the Court "set Defendant Sanchez on the same schedule for trial as has been set for Co-Defendant Orduno. The United States also requests the Court to strike the Pretrial Conference and Jury Trial as assigned to Defendant Sanchez."

Pursuant to 18 U.S.C. § 3161(c)(1) Defendant Sanchez has a right to have the trial in her case commence within 70 days of the later of the filing of the information or indictment or her arraignment. Moving Ms. Sanchez trial to commence on July 6, 2020 falls outside of the seventy day time limit set forth in the statute. At this time, Ms. Sanchez does not waive her right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1), and therefore objects to the government's requests that the court set Defendant Sanchez on the same schedule for trial as has

-2 RESPONSE TO NOTICE OF JOINDER

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
(509) 392-8083 fax
doug@mckinleylaw.com

been set for Co-Defendant Orduno and that the Court strike the Pretrial Conference and Jury Trial as assigned to Defendant Sanchez.

Dated: March 14, 2020

By s/ Douglas E. McKinley, Jr.
Douglas E. McKinley, Jr.
WSBA # 20806
Law Office of Douglas E. McKinley, Jr.
8350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
 (509) 396-8083 fax
doug@mckinleylaw.com

## Certificate of Service

I hereby certify that on March 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Douglas E. McKinley, Jr.
Douglas E. McKinley, Jr.

-3 RESPONSE TO NOTICE OF JOINDER

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
 (509) 392-8083 fax
doug@mckinleylaw.com