Douglas E. McKinley, Jr.
Law Office of Douglas E. McKinley, Jr.
8350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON, RICHLAND

| UNITED STATES OF AMERICA,<br><br>      **Plaintiffs,**<br><br> v.<br><br>ANGELICA VIVIANA SANCHEZ<br><br>      **Defendants,** | Case No.: 4:20-CR-6002-SAB<br><br>**UNOPPOSED MOTION TO EXPEDITE**<br><br>Richland - With Oral Argument April 14, 2020, At 3:30 |
|---|---|

  Angelica Viviana Sanchez hereby moves this court to consider on an expedited basis her separately-filed Motion for release from detention. Ms. Sanchez respectfully requests that the Court bypass the standard hearing times set

-1 UNOPPOSED MOTION TO EXPEDITE

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
(509) 392-8083 fax
doug@mckinleylaw.com

forth in Local Rule 7.1(h)(2)(a). The defense requests that the Court rules on an expedited basis for the time-sensitive reasons discussed in the underlying motion for release. Counsel for the government has been contacted, does not oppose the motion to expedite, and is available to appear for a video conference on the date indicated.

Dated: April 7, 2020

By s/ Douglas E. McKinley, Jr.
Douglas E. McKinley, Jr.
WSBA # 20806
Law Office of Douglas E. McKinley, Jr.
8350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
doug@mckinleylaw.com

-2 UNOPPOSED MOTION TO EXPEDITE

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
(509) 392-8083 fax
doug@mckinleylaw.com

## Certificate of Service

I hereby certify that on April 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Douglas E. McKinley, Jr.
Douglas E. McKinley, Jr.

-3 UNOPPOSED MOTION TO EXPEDITE

Law Office of Douglas E. McKinley, Jr.
18350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
(509) 628-0809
(509) 392-8083 fax
doug@mckinleylaw.com