UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA VIVIANA SANCHEZ,<br><br>Defendant. | No. 4:20-CR-6002-SAB-2<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☐ Indictment

    ☒ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a detention hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

*Sharon Yedidia*  
Interpreter Signature

Date: _____

_____  
Interpreter Printed Name

/s Douglas E. McKinley, Jr.*  
_____  
Defendant Signature

ANGELICA VIVIANA SANCHEZ,  
Defendant Printed Name

\* I hereby certify that on April 8, 2020 I explained the forgoing Notice of Rights with my client telephonically and with the assistance of Sharon Yedidia, a Spanish interpreter certified by the State of Washington. I asked my client if she understood the rights we had read to her on the telephone and she answered that she did. I further asked if she would consent to having me electronically sign the form on her behalf in light of the Coronavirus pandemic and she responded that she gave me her consent.

/s Douglas E. McKinley, Jr. WSBA # 20806 April 8, 2020

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2