# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke

| USA v. ANGELICA VIVIANA SANCHEZ | Case No. 4:20-CR-6002-SAB-2 |
|---|---|

**Arraignment on Superseding Indictment:** 04/14/2020
**Motion for Release from Detention (ECF No. 86):**

- ☒ Sara Gore, Courtroom Deputy [R]
- ☐ Pam Howard, Courtroom Deputy [Y]
- ☒ Erica Helms, US Probation / Pretrial Services Officer [Tele]
- ☒ Defendant present ☒ in custody, appearing by video from BCJ.
- ☒ Stephanie Van Marter, US Atty [S-Video]
- ☒ Douglas McKinley, Defense Atty [S-Video]
- ☒ Interpreter – Cristina Perez Lopez [R]
- ☐ Defendant not present / failed to appear

---

- ☒ Rights given
- ☒ Acknowledgment of Rights filed
- ☒ Defendant has received a copy of charging document
- ☒ Defendant waived reading of charging document
- ☐ Charging document read in open court
- ☒ Defendant continued detained
- ☐ Conditions of release as previously imposed

## REMARKS

The Defendant agreed to appear via video conference from the Benton County Jail.

**Arraignment:**
Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that their true and correct name is: Angelica Viviana Sanchez.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**Motion for Release from Detention:**
Defense counsel argued why the Defendant should be released. Change in circumstances regarding Covid-19. The prisons and jails are releasing inmates due to risk of spreading the virus to the inmates and staff. Releasing the defendant would minimize the risk of the spread of Covid-19.

Colloquy between court and counsel re charges with failure to appears and added conditions.

USA argued why the Court should not reopen detention and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Colloquy between court and USA re involvement in drive by shooting.

---

Defense counsel responds to USA's argument regarding release.

**The Court ordered:**
1. Defendant's Motion for Release from Detention is **denied**; subject to right to return before the Court should circumstances change. Percentage or Property Bond.
2. Defendant's Motion to Expedite is **granted.**
3. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.