FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br>ANGELICA VIVIANA SANCHEZ,<br>JOHHNY MANUEL SAVALA and,<br>RAYMUNDO GARCIA,<br><br>                Defendants. | NO.  4:20-CR-06002-SAB-1<br>NO.  4:20-CR-06002-SAB-2<br>NO.  4:20-CR-06002-SAB-4<br>NO.  4:20-CR-06002-SAB-5<br><br>**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** |

Before the Court is Defendant Savala's Motion to Continue Pretrial, Trial, and Extend Deadline to File Pretrial Motions, ECF No. 131 and related Motion to Expedite. ECF No. 132. These motions were heard without oral argument.

Defendant Savala asks for additional time for his counsel to allow a reasonable amount of time to effectively prepare the case for trial. Defendant Savala signed a waiver of speedy trial, ECF No. 133 and indicates the co-Defendants' counsel do not object to these motions. He also indicates the Government does not object to such a continuance. The Court finds good cause exists to grant the motions.

Accordingly, **IT IS HEREBY ORDERED:**

1.   Defendant Savala's Motion to Continue Pretrial, Trial, and Extend Deadlines to File Pretrial Motions, ECF No. 131, is **GRANTED**.

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** ~ 1

2. Defendant Savala's Motion to Expedite, ECF No. 132, is **GRANTED**.

3. The current trial date of July 13, 2020 is **STRICKEN** and **RESET** to **September 28**, **2020**, at **9:00 a.m.**, commencing with a **final** pretrial conference at **8:30 a.m.** The trial will take place in **Richland,** Washington.

4. The pretrial conference currently set for June 17, 2020 is **reset** for **September 9, 2020**, at **1:30 p.m.**, in **Yakima**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pre-trial conference**. Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial Waiver; (3) the position of opposing counsel; and (4) the proposed new date. A motion filed on behalf of one defendant shall be considered to be filed on behalf of each defendant, unless any defendant files an "opt out" of such motion. Continuances are not granted absent good cause.

5. The Court imposes the following briefing schedule:

   a. All pretrial motions, including Discovery motions, and *Daubert* Motions, and Motions *in Limine*, shall be filed on or before **August 5, 2020**.

   b. CI's identities and willingness to be interviewed shall be disclosed to Defendants (if applicable) on or before **September 14, 2020**.

   c. Grand Jury Transcripts produced to the Defendant on or before:

      i. Case Agent: **September 14, 2020**.

      ii. CIs: **September 14, 2020**.

      iii. Other Witnesses: **September 14, 2020**.

   d. Exhibit lists filed and emailed to the Court on or before

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** ~ 2

**September 21, 2020**.

    e. Witness lists filed and emailed to the Court on or before **September 21, 2020**.

    f. Trial Briefs, Jury Instructions, Verdict Forms, and Requested Voir Dire filed and emailed to the Court on or before **September 16, 2020**.

    g. Exhibit Binders delivered to the Court and all parties on or before **September 16, 2020**.

    h. Delivery of JERS-compatible digital evidence files to the Courtroom Deputy on or before **September 16, 2020**.

    i. Trial Notices filed with the Court on or before **September 16, 2020**.

    j. Technology Readiness Meeting (in-person) on **September 21, 2020**.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between July 13, 2020, the current trial date, until September 28, 2020, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendants' interest in a speedy trial.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** ~ 3

7. The above briefing schedule does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 28th day of May 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** ~ 4